**FILED**
JUL 12 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| John Andrew Eisner | ) Case No. 4:18cr383 |
| | ) |
| | ) Case: 1:18-mj-00085 |
| | ) Assigned To : Magistrate Judge Harvey, G. Michael |
| | ) Assign. Date : 7/12/2018 |
| Defendant | ) Description: Rule 5 Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Andrew Eisner
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 Conspiracy [18USC1349]
Cts. 2-8 Wire Fraud [18USC1343]
Ct. 9 Conspiracy [18USC1956(h)]

Date: 07/10/2018

*Issuing officer's signature*

City and state: Houston, TX 77002

M. Mapps, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7-11-18, and the person was arrested on *(date)* 7-12-18
at *(city and state)* Washington, DC

Date: 7-12-18

*Arresting officer's signature*

M. Sarvis  DUSM
*Printed name and title*